Quinones v Z & B Trucking, Inc. (2023 NY Slip Op 05283)

Quinones v Z & B Trucking, Inc.

2023 NY Slip Op 05283

Decided on October 18, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 18, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
ROBERT J. MILLER
DEBORAH A. DOWLING
LILLIAN WAN, JJ.

2021-07844
 (Index No. 718206/19)

[*1]Emilie Ann Quinones, appellant, 
v
Z & B Trucking, Inc., et al., respondents.

Bradford Cooke, Corona, NY, for appellant.
Smith Mazure, P.C., New York, NY (Joel M. Simon of counsel), for respondents.

DECISION & ORDER
In an action, inter alia, to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Queens County (David Elliot, J.), entered September 14, 2021. The order granted the defendants' motion pursuant to CPLR 306-b to dismiss the complaint.
ORDERED that the order is affirmed, with costs.
The plaintiff commenced this action, inter alia, to recover damages for personal injuries she allegedly sustained in a motor vehicle accident that occurred on March 20, 2018. It is undisputed that the summons and complaint was never served on the defendants, and the plaintiff never sought an extension of time to do so.
If service of the summons and complaint is not made upon a defendant within 120 days of commencement of the action, "the court, upon motion, shall dismiss the action without prejudice as to that defendant, or upon good cause shown or in the interest of justice, extend the time for service" (CPLR 306-b; see Nationstar Mtge., LLC v Wilson, 176 AD3d 1087, 1088). Here, the plaintiff failed to establish that she exercised reasonably diligent efforts in attempting to effect proper service, and thus failed to show good cause (see Nationstar Mtge., LLC v Wilson, 176 AD3d at 1089). Further, she failed to establish her entitlement to an extension of time for service in the interest of justice (see id.). Accordingly, the Supreme Court properly granted the defendants' motion pursuant to CPLR 306-b to dismiss the complaint.
The plaintiff's remaining contention is without merit.
DILLON, J.P., MILLER, DOWLING and WAN, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court